RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

*Attorney for Petitioner Jeronimo Pena Rodriguez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jeronimo Pena Rodriguez,

Petitioner,

v.

**John Mattos**, Warden of Nevada Southern Detention Center;
**Ruben Leyva,** Acting Director of the Salt Lake City Field Office for Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement;
**Todd Lyons,** Acting Director of U.S. Immigration and Customs Enforcement;
**Markwayne Mullins,** Secretary of the Department of Homeland Security;
**Todd Blanche,** U.S. Attorney General,

Respondents.

Case No. 2:26-cv-03284-RFB-BNW

**STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED PETITION**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender ALLIE WILSON, counsel for JERONIMO PENA RODRIGUEZ, Attorney General Todd Blanche, and Assistant United States Attorney TAMER B. BOTROS, counsel for the United States of America, that the deadline for the Amended Petition be

extended to November 17, 2026 and the Response to Amended Petition due 7 days after on November 24, 2026. This is the first stipulation for an extension of time to file Amended Petition.

The Court appointed the Federal Public Defender as counsel on October 7, 2026 (ECF No. 3), and the Amended Petition is due on November 3, 2026. Petitioner seeks a two-week continuance of this deadline.

Under this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, AUSA Tamer B. Botros on November 2, 2026, to confer about this request for an extension. Respondents do not oppose this request.

This stipulation is not filed for the purpose of delay. Undersigned counsel has been diligently working on this matter and respectfully asks this Court to extend the time to file the Amended Petition by two weeks, from November 3, 2026, to November 17, 2026 and the Response to Amended Petition due 7 days after on November 24, 2026.

Dated November 3, 2026.

RENE L. VALLADARES
Federal Public Defender

By *<u>/s/ Allie Wilson</u>*
ALLIE WILSON
Assistant Federal Public Defender
Counsel for Jeronimo Pena Rodriguez

TODD BLANCHE
Attorney General

By:*<u>/s/Tamer B. Botros</u>*
TAMER B. BOTROS
Assistant United States Attorney
Counsel for the Government

**ORDER**

IT IS THEREFORE ORDERED that the deadline to file the Amended Petition be extended to and including November 17, 2026 and the Response to Amended Petition due on November 24, 2026.

DATED this 4th day of November, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**